FILED

03/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0046

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No.  DA 23-0046

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER;
MORGEN HUNT; GABRIEL
EARLE; ERICK PRATHER; BRADFORD
CAMPBELL; MEAGAN CAMPBELL; AMY ORR
and JARED ORR,

        Plaintiffs/Appellants,

  vs.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH
SCHOOL DISTRICT NO. 1, MISSOULA
COUNTY, STATE OF MONTANA; TARGET
RANGE SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,
        Defendants/Appellees.

---

### *ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE APPELLANTS' OPENING BRIEF*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV 21-1031
Before Hon. Jason Marks

---

| | |
|---|---|
| Quentin M. Rhoades | Elizabeth A. Kaleva |
| RHOADES & ERICKSON PLLC | Kevin A. Twidwell |
| 430 Ryman St | Elizabeth A. O'Halloran |

Missoula, Montana 59802
Telephone: (406) 721-9700
courtdocs@montanalawyer.com
*For Appellants*

KALEVA LAW OFFICES
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 59807
eakaleva@kalevalaw.com
ktwidwell@kalevalaw.com
bohalloran@kalevalaw.com
*For Appellees*

Appellants, having filed their Motion for Extension of Time to File Appellants' Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellants' Motion is GRANTED. Appellants' Opening Brief shall be due on April 29, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 2 2023